EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 3 1 2002

at ____ o'clock and ____ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>            Plaintiff, )<br><br>        v. )<br><br>JAN MEDEIROS, )<br><br>            Defendant. )<br>_____ ) | CR. NO. CR02-00331 SOM<br><br>INDICTMENT<br><br><br>[21 U.S.C. §§ 841(a)(1);<br>841(b)(1)(B); 841(b)(1)(A)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about February 17, 2000, in the District of
Hawaii, the defendant, JAN MEDEIROS, intentionally and knowingly
distributed in excess of five grams of methamphetamine, its
salts, isomers, and salts of its isomers, a Schedule II
controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT 2

The Grand Jury further charges:

On or about March 2, 2000, in the District of Hawaii, the defendant, JAN MEDEIROS, intentionally and knowingly distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT 3

The Grand Jury further charges:

On or about March 8, 2000, in the District of Hawaii, the defendant, JAN MEDEIROS, intentionally and knowingly distributed in excess of fifty grams of methamphetamine, its salts, isomers, and salts of its isomers.

//

//

//

//

//

//

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: July 3/, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney

3