UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 5 2004

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JAN MEDEIROS,<br><br>Defendant - Appellant. | No. 03-10675<br>D.C. No. CR-02-00331-SOM<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered Monday, September 27, 2004

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 1 9 2004

by: _____
Deputy Clerk

FILED

SEP 2 7 2004

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 5 2004

at 11 o'clock and 53 min. A M.
WALTER A.Y.H. CHINN, CLERK

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JAN MEDEIROS,<br><br>Defendant - Appellant. | No. 03-10675<br><br>D.C. No. CR-02-00331-SOM<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Submitted September 13, 2004**

Before:   PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

Jan Medeiros appeals her guilty plea conviction and 30-month sentence for intentional and knowing distribution in excess of fifty grams of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1).

---

*   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

**   This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Medeiros has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Medeiros has filed a pro se supplemental brief and the government has filed a response.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83-84 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 19 2004

by: _____
Deputy Clerk